PAUL THOMAS CLARK
KATE A. HAWKINS
CLARK and FEENEY, LLP
P.O. Drawer 285
Lewiston, Idaho 83501
Telephone:  (208) 743-9516
Facsimile:  (208) 746-9160
Idaho State Bar No. 1329
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BROOKS LECATES, | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | |
| BLUE CROSS OF IDAHO, a corporation licensed to do business in the state of Idaho, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the above-named Plaintiff, Brooks LeCates, by and through his attorney of record, Paul Thomas Clark, of the Law Offices of Clark and Feeney LLP, and for their cause of action and claim for relief against the Defendant, complains, states, and alleges as follows:

1.  That Plaintiff, Brooks LeCates, is and at all times relevant to this action was a resident of Lewiston, Nez Perce County, Idaho.

2.  That Defendant, Blue Cross of Idaho, is a health care benefit provider properly doing business within the State of Idaho.  The acts complained of in this action occurred within the State of Idaho.

**COMPLAINT**                                          -1-

3.      That Blue Cross of Idaho issued a health insurance policy (hereinafter "Policy") to Plaintiff through his father's employment with Gritman Medical Center, Moscow, Idaho. Said policy is a covered health plan under ERISA, codified at 29 U.S.C. § 1001, et al.  Plaintiff is a beneficiary under his father's health insurance policy.

4.      That Policy was in effect on April 12, 2014,  when Plaintiff was involved in a motorcycle accident on Highway 12, Nez Perce County, Idaho.

5.      That Plaintiff was transported by Emergency Medical Service via ambulance to  St. Joseph Regional Medical Center (hereinafter "SJRMC"), located in Lewiston, Idaho.

6.      That Plaintiff was treated by SJRMC for extensive injuries he sustained in the April 12, 2014 accident.

7.      That at the time of Plaintiff's admission to SJRMC, Blue Cross of Idaho was the health care benefit provider for Plaintiff.

8.      That SJRMC submitted the required claims to Defendant for payment of the services provided to Plaintiff, under Plaintiff's Policy with Defendant.

9.      That on April 16, 2014, Defendant issued a denial of the claims submitted by SJRMC and as such denied coverage for all services provided to Plaintiff by SJRMC, including his entire inpatient stay and surgical procedures.

10.     That Defendant rests its determination of claim denial on an exclusion provision contained within the plan language of the Policy. The specific exclusion cited was referenced by Defendant as the "illegal acts" exclusion.

COMPLAINT                                      -2-

LAW OFFICES OF
CLARK AND FEENEY, LLP
LEWISTON, IDAHO 83501

11.     That on July 17, 2014, Plaintiff made a formal written request to Defendant for reconsideration of their denial determination. Defendant, in response, restated its original determination, and made an additional determination that it paid some claims relating to April 12, 2014 under the Policy and had subsequently determined said payments were in error and would be seeking a refund for the erroneous payments.

12.     That Defendant failed to provide Policy benefits to Plaintiff and Plaintiff was entitled to said benefits.

13.     That Defendant failed to comply with its obligations under the contract and has exercised bad faith in its dealings with Plaintiff and his undersigned counsel and breached its fiduciary duty to Plaintiff.

14.     That Defendant's actions have caused extreme financial hardship and emotional distress to Plaintiff and have otherwise damaged Plaintiff in an amount to be proven at trial.

15.     That Plaintiff brings this action pursuant to 29 U.S.C. § 1001, et. al. (ERISA)

16.     That this Court has jurisdiction pursuant to 29 U.S.C. § 1332.

WHEREFORE, PLAINTIFF PRAYS

17.     That service of process issue upon Defendant, Blue Cross of Idaho, requiring Defendant, Blue Cross of Idaho, to answer, appear or otherwise plead to this Complaint.

18.     For a judgment against Defendant, Blue Cross of Idaho, for payment of benefits due under the Policy and pursuant to ERISA § 502 (a)(1)(B).

19.     For an award of any equitable remedies available to a plaintiff under ERISA § 502(a)(3).

COMPLAINT                                          -3-

20.     For an award of prejudgment interest.

21.     For an award of an amount equal to Plaintiff's costs and attorneys fees incurred in prosecuting this action pursuant to 29 U.S.C. § 1132(g)(1);

22.     For an award for such other, further and general relief to which Plaintiff may be entitled.

23.     For an award for such other further and general relief as the court deems just and equitable.

DATED this 5th day of March , 2015.

CLARK and FEENEY, LLP

By: _____
Paul T. Clark, a member of the firm.
Attorneys for Plaintiff

STATE OF IDAHO          )
                        ) ss.
County of Nez Perce     )

BROOKS LECATES being first duly sworn on oath, deposes and says:

That he is the Plaintiff above named, that he has read the foregoing complaint, and the contents thereof and the facts stated therein are true to the best of his knowledge, information and belief.

_____
BROOKS LECATES

SUBSCRIBED and SWORN to before me, this 4 day of March , 2015.

_____
Notary Public in and for the State of Idaho
Residing at: Lewiston, Idaho
My commission expires: 2-10-21

**COMPLAINT**                          -4-

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial of all issues in this cause and state pursuant to Rule 38(b) of the Federal Rules of Civil Procedure; that Plaintiff will not stipulate to a jury of less than twelve (12) persons in number.

DATED this 5 day of March , 2015.

CLARK and FEENEY, LLP

By_____
Paul Thomas Clark, a member of the firm.
Attorneys for Plaintiff.

COMPLAINT                                    -5-