UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BROOKS LECATES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BLUE CROSS OF IDAHO, INC., a corporation licensed to do business in the State of Idaho,<br><br>　　　　　　Defendant. | Case No. 3:15-cv-00072-CWD<br><br>**CASE MANAGEMENT ORDER**<br><br>(LEGAL TRACK) |

　　　　Pursuant to the scheduling conference held between the Court and counsel for the parties on April 24, 2015, and in the interest of expedient resolution, **IT IS HEREBY ORDERED that:**

　　　　1.　　The joinder of parties and amendment of pleadings, if any, must occur *no later than* **June 30, 2015**.

　　　　2.　　The total number of depositions will be limited pursuant to Dist. Idaho Loc. Civ. R. 30.1, unless the parties either stipulate to exceed this number or relief is otherwise sought from the Court.

　　　　3.　　Discovery deadlines are as follows:

　　　　　　A.　　Defendant must disclose the Administrative Record *on or before* **May 29, 2015**.

**CASE MANAGEMENT ORDER - 1**

    B. *Factual discovery* in this matter must be completed *on or before* **March 15, 2016**. This is a deadline for completion of all discovery; it is not a deadline for discovery requests.  Discovery requests must be made far enough in advance of this deadline to allow completion of the discovery by the deadline date.

    C. The *Plaintiff(s)* must make *expert witness disclosures*, and provide copies of expert reports, pursuant to Rule 26.2(b) of the Local Rules for the District of Idaho *on or before* **January 15, 2016**.

    D. The *Defendant(s)* must make *expert witness disclosures*, and provide copies of expert reports, pursuant to Rule 26.2(b) of the Local Rules for the District of Idaho *on or before* **February 15, 2016**.

    E. The *Plaintiff(s)* must make any *rebuttal expert witness disclosures*, and provide copies of any rebuttal expert reports, pursuant to Rule 26.2(b) of the Local Rules for the District of Idaho *on or before* **March 15, 2016**.

    F. *All expert witness discovery* in this matter must be completed *on or before* **March 30, 2016**.

  4. Expedited Resolution of Discovery Disputes:

    A. The parties must strictly comply with the meet and confer requirements of Dist. Idaho Loc. Civ. R.  37.1 prior to filing any discovery motions.

    B. In addition, in the interests of judicial economy and expedient resolution of each case, discovery disputes may be handled on an expedited basis.  If, after complying with the meet and confer requirements of Dist. Idaho Loc. Civ. R.  37.1,

**CASE MANAGEMENT ORDER - 2**

the parties deem court intervention necessary for resolution of a discovery dispute, the parties must contact Chambers at (208) 334-9111 and inform the law clerk assigned to the case of the existence of the dispute *prior to filing a motion*.  The matter then may proceed on an expedited basis, in which the parties will be allowed to file condensed briefs summarizing the dispute and the parties' respective positions without the formalities and extended briefing schedule set forth in Dist. Idaho Loc. Civ. R. 7.1.

        C.     After reviewing the parties' condensed submissions, if necessary, the Court will inform the parties of any further information the Court deems necessary for resolving the dispute or schedule a hearing on the matter as soon as practicable and convenient to the Court and counsel.

5.     All dispositive pretrial motions[1] must be filed ***on or before* April 1, 2016**. A trial, if necessary, will be set within 60 to 120 days after dispositive motion(s) are ruled upon.

6.     The Court explained that this matter has been conditionally assigned to a United States Magistrate Judge and informed the parties of the opportunity to proceed before a magistrate judge by consent pursuant to 28 U.S.C. § 636(c).

7.     The parties expressed their desire to attend **mediation**.

---

[1] It should be noted that it is this Court's policy to accept only one (1) dispositive motion per side. If it becomes necessary, due to the complexity or numerosity of issues presented by some cases, and counsel is unable to address all issues within the twenty-page (20) limit for briefs, Dist. Idaho Loc. R. 7.1(b)(1), then it is appropriate to file a motion for permission to file an over-length brief, rather than filing separate dispositive motions for each issue counsel wishes to broach in an effort to avoid the twenty-page limit.  The Court prefers reviewing one over-length brief in support, one over-length brief in response, and one ten-page reply brief, if any, rather than the panoply of briefs that is generated when more than one dispositive motion is filed.

**CASE MANAGEMENT ORDER - 3**

8. The Court will hold a telephonic status conference on **July 17, 2015, at 9:30 a.m. Mountain Time** to address the timing of ADR and potential adjustments to the case management deadlines above.

**IT IS SO ORDERED.**

Dated: **April 24, 2015**

Honorable Candy W. Dale
United States Magistrate Judge

**CASE MANAGEMENT ORDER - 4**