PAUL THOMAS CLARK
KATE A. HAWKINS
CLARK and FEENEY, LLP
P.O. Drawer 285
Lewiston, Idaho 83501
Telephone: (208) 743-9516
Facsimile: (208) 746-9160
Idaho State Bar No. 1329
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF IDAHO

| | |
|---|---|
| BROOKS LECATES,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF IDAHO, a corporation licensed to do business in the state of Idaho,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:15-cv-00072-CWD

PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW, the above-named Plaintiff, Brooks LeCates, by and through his attorney of record, Kate A. Hawkins, of the Law Offices of Clark and Feeney, and hereby responds to the Defendant's Motion for Summary Judgment as follows:

1.　　Plaintiff is an eligible dependent of an enrollee in a group health plan sponsored by Gritman Medical Center ("Gritman"). That group plan, entitled

PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT　　　　-1-

LAW OFFICES OF
CLARK ᴀɴᴅ FEENEY, LLP
LEWISTON, IDAHO 83501

"ASC Preferred Blue Master Group Plan" is found at AR 75 *et seq.* and was effective January 1, 2014 through December 31, 2014. It is subject to ERISA, 29 U.S.C. §§ 1001, *et seq.* See Complaint ¶ 3.

**RESPONSE:** Affirm.

2.     Benefits under the Plan are paid by Gritman.

**RESPONSE:** Affirm.

3.     The Plan provides for various benefits but also contains certain specified exclusions in the "Exclusions and Limitations Section." AR 120. Specifically, the Plan provides as follows:

     **A.    General Exclusions and Limitations**

     There are no benefits for services, supplies, drugs or other charges that are:

> ...AL. For the treatment of injuries sustained while committing a felony, voluntarily taking part in a riot, or while engaging in an illegal act or occupation, unless such injuries are the result of a medical condition or domestic violence.

AR 122.

**RESPONSE:** Affirm.

4.  Plaintiff, a 22-year-old male, was injured on April 12, 2014, when he "was
    riding his road bike approximately 70 miles per hour" and lost control and hit
    a fence. AR 22.

    **RESPONSE:** Plaintiff denies as to the speed of the vehicle.


5.  He received serious injuries and required extensive medical treatment at St.
    Joseph Regional Medical Center in Lewiston, Idaho. *Id.*

    **RESPONSE:** Affirm.


6.  The treating physician's report indicates that Plaintiff "does drink quite
    heavily." AR 24.

    **RESPONSE:** Affirm.


7.  The laboratory tests taken at the time of Plaintiff's admission to the emergency
    room showed a blood alcohol serum level of .104. AR 32.

    **RESPONSE:** Deny. No determination of discussion of testing or its accuracy.


PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT          -3-

LAW OFFICES OF
CLARK AND FEENEY, LLP
LEWISTON, IDAHO 83501

8.    Blue Cross, as Contract Administrator of the Plan, initially reviewed Plaintiff's

claim for services and reviewed the related medical records and denied the

claim for benefits based on the exclusion in the policy excluding benefits for

injuries sustained while engaging in an illegal act. AR 1.

**RESPONSE:** Cannot affirm or deny.  Plaintiff was not provided with this

information prior to Defendant's denial.


9.    The denial letter, dated September 2, 2014, stated:

> Mr. LeCates' policy does not require that he be cited or
> found guilty in a court of law, only that he be engaged in
> an illegal act. Mr. Lecates' medical records provided by St.
> Joseph Regional Medical Center, included hospital
> admittance tests immediately following his single
> motorcycle crash. These medical records included a blood
> alcohol serum level of .104, which support that he was over
> the legal limit for alcohol at the time of the accident. It is
> illegal to drive while under the influence; therefore, he was
> engaged in an illegal act, under the terms of his policy.

*Id.*

**RESPONSE:** Affirm as to the content but not as to the characterization as the

first denial.

PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT                -4-

LAW OFFICES OF
CLARK AND FEENEY, LLP
LEWISTON, IDAHO 83501

10.     Plaintiff's attorneys did not appeal this determination through the
administrative process delineated in the Plan.

**RESPONSE:** Deny.


11.     Rather, counsel filed a Complaint on March 5, 2015, seeking a judgment
against Blue Cross for payment of benefits allegedly due, as well as other
remedies and relief.

AR 151, *et seq.*

**RESPONSE:** Affirm as to the content. Deny as to the characterization of in the
alternative.


12.     Gritman concurred with the Blue Cross denial of the claims based upon the
illegal act exclusion on April 16, 2015. AR 203.

**RESPONSE:** Cannot affirm or deny. Plaintiff is not privy to this information.

DATED this 22 day of February , 2016.

CLARK and FEENEY, LLP

By:

Kate A. Hawkins                    ~~WSBA #49191~~
Attorneys for Plaintiff              ISB 9097
CLARK and FEENEY LLP
P.O. Drawer 285
Lewiston, Idaho 83501
(208) 743-9516

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**          -6-

LAW OFFICES OF
CLARK AND FEENEY, LLP
LEWISTON, IDAHO 83501

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _22_ day of February, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Samuel A. Diddle, Attorney
EBERLE, BERLIN, KADING, TURNBOW
    & McKLVEEN, CHTD.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**      -7-

LAW OFFICES OF
CLARK AND FEENEY, LLP
LEWISTON, IDAHO 83501